No. 26-3871

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

---

BROADBAND COMMUNICATIONS ASSOCIATION
OF PENNSYLVANIA,

*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION
and UNITED STATES OF AMERICA,

*Respondents*.

---

On Petition for Review of an Order of
the Federal Communications Commission

---

# FEDERAL COMMUNICATIONS COMMISSION'S UNOPPOSED MOTION FOR LEAVE TO FILE STAY OPPOSITION OUT OF TIME

---

Pursuant to Fed. R. App. P. 26(b) and 27, Respondent Federal Communications Commission respectfully moves for leave to file its Opposition to Motion for Stay Pending Review in the above-captioned case 24 minutes out of time. Counsel for Petitioner and for Proposed Intervenors have authorized us to state that they do not oppose the Commission's request.

The FCC's Opposition was due today, November 23, 2026. Under Local Appellate Rule 26.1, documents are timely filed if they are received by 5 p.m.

Eastern Time. Through inadvertence, counsel overlooked the local rule and the FCC's Opposition was filed at 5:24 p.m. Eastern Time, 24 minutes after it was due.

Good cause exists to accept the Commission's filing out of time. The delay was brief, the request for leave is unopposed, and no prejudice will result to the parties or the Court from the Commission's less-than-30-minute delay in filing its Opposition.

Accordingly, the FCC respectfully moves for leave to file its Opposition to Motion for Stay Pending Review out of time.

Respectfully submitted,

JACOB M. LEWIS
ASSOCIATE GENERAL COUNSEL

/s/ Jacob M. Lewis

WILLIAM J. SCHER
COUNSEL

FEDERAL COMMUNICATIONS
COMMISSION
WASHINGTON, D.C. 20554
(202) 418-1740

November 23, 2026

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   ☒ this document contains 168 words, *or*

   ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   ☒ this document has been prepared in a proportionally spaced typeface using Microsoft Word in Office 365 in 14-point Times New Roman, *or*

   ☐ this document has been prepared in a monospaced spaced typeface using ____________________ with _____________

*/s/ Jacob M. Lewis*

Jacob M. Lewis
Associate General Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740

## CERTIFICATE OF FILING AND SERVICE

I, Jacob M. Lewis, hereby certify that on November 23, 2026, I filed the foregoing Unopposed Motion for Leave to File Stay Opposition Out of Time with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Jacob M. Lewis*

Jacob M. Lewis
Associate General Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740